**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,



## ORDER

-against-

19 **CR.** 209 (RMB)

ABRAHIM KAMARA,
                Defendant.
------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on November 4, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea; and

IT IS HEREBY ORDERED that Abraham Kamara's guilty plea is accepted;

IT IS HEREBY FURTHER ORDERED that the parties shall appear at a Court conference on November 18, 2019 at 10:15 am.

Dated: New York, New York
       November 13, 2019

                                        **RICHARD M. BERMAN, U.S.D.J.**