**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

**MEMO ENDORSED**

TEL. (212) 227-8899                FAX (212) 964-2926

February 26, 2020

Hon. Richard M. Berman
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ecf*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020
```

Re: United States v. Abrahim Kamara.,
    19 Cr. 209 (RMB)

Your Honor,

    I write to request an adjournment of Abrahim Kamara's sentencing which is currently scheduled for March 4, 2020. I seek the adjournment because I will be out of town that week and unable to appear. As the Court will be engaged in a trial for the balance of March, 2020 I request an adjournment to a date in early April, 2020.
    The government, by Dina McCleod, Esq., consents to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

~~SO ORDERED~~

~~HON. RICHARD M. BERMAN~~

Sentence is adjourned to 3/31/2020 at 10:00am. Defense submission is due 3/16/2020. Government submission is due 3/23/2020.

SO ORDERED:
Date: 2/27/2020     *Richard M. Berman*
Richard M. Berman, U.S.D.J.