**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2020
```

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Abrahim Kamara*, 19 Cr. 209 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the sentencing presently scheduled for March 31, 2020, at 10:00 a.m., to a date and time convenient to the Court on or after April 27, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Robert B. Sobelman*
Dina Y. McLeod
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-1040/2616

cc: Lisa Scolari, Esq. (by ECF)

---

Sentence is adjourned to April 30, 2020 at 10:00 am. Government submission is due by 3/30/2020.

SO ORDERED:
Date: 3/19/2020  *Richard M. Berman*
Richard M. Berman, U.S.D.J.