

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 16, 2020

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Abrahim Kamara*, 19 Cr. 209 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the sentencing presently scheduled for April 30, 2020, at 10:00 a.m., to a date and time convenient to the Court on or after June 1, 2020.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: *Robert B. Sobelman*

    Dina Y. McLeod
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-1040/2616

cc: Lisa Scolari, Esq. (by ECF)

---

Application granted.

Sentencing is adjourned to June 22, 2020 at 11:00 a.m.

SO ORDERED:
Date: 4/16/2020

*Richard M. Berman*
Richard M. Berman, U.S.D.J.