**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Abrahim Kamara*, 19 Cr. 209 (RMB)

Dear Judge Berman:

    At the time of the defendant's sentencing, which is currently scheduled for June 22, 2020, at 11:00 a.m., the defendant intends to consent to the entry of a judicial order of removal. In order to assist United States Immigration and Customs Enforcement ("ICE") with timely removing the defendant from the United States after the completion of any sentence of imprisonment that the Court may impose, the Government respectfully requests, with the consent of the defendant, that the Pretrial Services Office be directed to transfer the defendant's passport to ICE Deportation Officer Achilles Shinas.

    Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Robert B. Sobelman*
Dina Y. McLeod
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-1040/2616

cc:  Lisa Scolari, Esq. (by ECF)
     Supervisory Pretrial Services Officer Dennis Khilkevich (by email)
     Pretrial Services Officer Kathia Bermudez (by email)
     ICE Deportation Officer Achilles Shinas (by email)

Application granted.

SO ORDERED:
Date: 4/30/2020  *Richard M. Berman*
Richard M. Berman, U.S.D.J.