UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------X

UNITED STATES OF AMERICA

- against –

ABRAHIM KAMARA,

Defendant.

------------------X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. 19 Cr. 209 (RMB)

Upon the application of the United States of America, by Robert Sobelman and Dina McLeod, Assistant United States Attorneys, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of ABRAHIM KAMARA (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Liberia.

3. The defendant was admitted to the United States on or about January 25, 2014 at or near JFK International Airport, New York, NY as a non-immigrant visitor for pleasure with authorization to remain in the United States until July 24, 2014.

4. The defendant remained in the United States beyond July 24, 2014 without authorization from the United States Department of Homeland Security.

5. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the offense of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as it relates to 18 U.S.C. § 1344.

6. The above-mentioned offense carries a maximum term of imprisonment of 30 years.

7. The defendant is, and at time of sentencing will be, subject to removal from the United States pursuant to section 237(a)(1)(B) of the Immigration and Nationality Act, as amended ("INA" or the "Act"), 8 U.S.C. § 1227(a)(1)(B), in that after admission as a nonimmigrant under section 101(a)(15) of the Act, he has remained in the United States for a time longer than permitted; section 237(a)(2)(A)(i) of the INA, 8 U.S.C. § 1227(a)(2)(A)(i), as an alien who is convicted of a crime involving moral turpitude committed within five years after the date of admission, and is convicted of a crime for which a sentence of one year or longer may be imposed; and section 237(a)(2)(A)(iii) of the INA, 8 U.S.C. § 1227(a)(2)(A)(iii), as an alien who is convicted of an aggravated felony, as defined under section 101(a)(43)(M), (U) of the INA, 8 U.S.C. § 1101(a)(43)(M), (U), at any time after admission.

8. The defendant has waived his right to notice and a hearing under section 238(c) of the INA, 8 U.S.C. § 1228(c).

9. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

10. The defendant has designated Liberia as the country for removal pursuant to section 240(d) of the INA, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Liberia.

Dated: New York, New York
       June 2, 2020

On Consent.

_____RMB_____
HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE